|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Rita S Fierro,                    Chapter          7

   **Debtor 1**
                                  Case No.    4:26−bk−00547−MJC

## Notice

Pursuant to Bankruptcy Rules 1007 and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

**Reminder: 108 – Statement of Intention for Individuals Filing Under Chapter 7.**
If you are an individual filing under Chapter 7, you must fill out this form if: **\*creditors have claims secured by your property, or \*you have leased personal property and the lease has not expired.**
**Due within thirty (30) Days After the filing of petition, or on or before the date of the meeting of creditors, whichever is earlier.**

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted.

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 2, 2026 |

ntdeffil (Notice of Deficient Filing) (10/23)